# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MICHAEL PION, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF TULARE, et al.,<br>Defendants. | Case No. 1:26-cv-05959-KES-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 21, 2026** |

On July 29, 2026, Plaintiffs commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for November 17, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has appeared or answered, nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that **on or before October 21, 2026**, Plaintiffs shall file a status report indicating the status of service upon defendants; whether Plaintiffs are prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the defendants to appear in this action; and/or whether Plaintiffs intend to move for an entry of default.

In addition, though not presently implicated, the Court ADVISES that Plaintiffs must comply with Fed. R. Civ. P. 4(m), and Plaintiffs should move for an extension of time to effectuate service should it become necessary.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge